| | | | |
|---|---|---|---|
| Com. v. Rodriguez | 1799 MDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 06/23/2016 | CP–36–CR–0000206–2012<br>CP–36–CR–0000207–2012<br>CP–36–CR–0000208–2012<br>CP–36–CR–0000213–2012<br>CP–36–CR–0000220–2012<br>(Lancaster) |
| Com. v. Suarez | 1943 MDA 2015<br>Affirmed | 06/23/2016 | CP–06–CR–0004549–2009<br>(Berks) |
| Dunsworth v. The Design Studio at 301, Inc. [21] | 2071 MDA 2015<br>Affirmed | 06/23/2016 | 2014–01993<br>(Lebanon) |
| Com. v. Luster | 671 WDA 2015<br>Affirmed | 06/23/2016 | CP–02–CR–0009312–2013<br>(Allegheny) |
| Com. v. Mohamad | 1480 WDA 2015<br>Affirmed | 06/23/2016 | CP–26–CR–0000399–2007<br>(Fayette) |
| Com. v. Grant | 3553 EDA 2014<br>Affirmed | 06/24/2016 | CP–51–CR–0014144–2007<br>CP–51–CR–0014145–2007<br>CP–51–CR–0014153–2007<br>(Philadelphia) |
| Com. v. Lewis | 570 EDA 2015<br>Affirmed | 06/24/2016 | CP–51–CR–0010882–2013<br>(Philadelphia) |
| Com. v. Lynch | 673 EDA 2015<br>Affirmed | 06/24/2016 | CP–09–CR–0006446–2013<br>(Bucks) |
| Com. v. Lynch | 953 EDA 2015<br>Affirmed | 06/24/2016 | CP–09–CR–0001696–2014<br>(Bucks) |
| Com. v. Hopewell | 1476 EDA 2015<br>Vacated and<br>Remanded | 06/24/2016 | CP–51–CR–0006515–2014<br>(Philadelphia) |
| Feingold v. State Farm Ins. Co. | 1573 EDA 2015<br>Affirmed and<br>Dismissed | 06/24/2016 | 02058 January Term, 2015<br>(Philadelphia) |
| Com. v. Thompson | 2469 EDA 2015<br>Affirmed | 06/24/2016 | CP–23–CR–0000219–2012<br>(Delaware) |
| Com. v. Lawrence | 3051 EDA 2015<br>Affirmed | 06/24/2016 | CP–23–CR–0005326–2014<br>(Delaware) |

21. Petition for reargument denied August 30, 2016.